UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 14-01677 DMG (RAO)     Date: February 17, 2016
Title: David Sharpe Marshall v. United States of America

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

On January 4, 2016, the Court dismissed Plaintiff David Sharpe Marshall's ("Plaintiff") First Amended Complaint with leave to amend. (Dkt. No. 45.) Plaintiff had until on or before February 4, 2016, to file a Second Amended Complaint that cured the deficiencies identified in the Court's January 4, 2016, order. (*Id.*) As of the date of this order, however, Plaintiff has not filed a Second Amended Complaint.

Plaintiff is hereby **ORDERED** to show cause, in writing, on or before **March 9, 2016,** why this action should not be dismissed due to his failure to prosecute. Alternatively, Plaintiff may discharge this order by filing a Second Amended Complaint on or before March 9, 2016.

If Plaintiff does not wish to pursue this action further, he may request voluntary dismissal of the case under Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached. Plaintiff is cautioned that his failure to timely respond to this order, or file his Second Amended Complaint, will result in a recommendation that the action be dismissed for failure to prosecute. **A copy of the Court's January 4, 2016, order is also attached for Plaintiff's convenience.**

IT IS SO ORDERED.

Attachments

: \_\_\_\_\_
Initials of Preparer    gr