# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SHARPE MARSHALL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. CV 14-01677 DMG (RAO)<br><br>**JUDGMENT** |

　　　In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

　　　IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: May 16, 2016

　　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE